No. 10–9351. MANSEAU ET UX. v. CITY OF MIRAMAR, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied. ▮

No. 10–9361. CUNNINGHAM v. PALMER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–9364. O'NEAL v. BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–9365. PAGE v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. ▮

No. 10–9366. MOORE v. LOUISIANA. Ct. App. La., 1st Cir. Certiorari denied. ▮

No. 10–9368. MAISANO v. WEARE ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–9373. MARTIN v. VOLUNTEER AUTOMOTIVE. C. A. 6th Cir. Certiorari denied.

No. 10–9374. KENNEDY ET AL. v. RELATED MANAGEMENT ET AL. C. A. 2d Cir. Certiorari denied. ▮

No. 10–9379. WILKINS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 10–9389. VAN ZANT v. FLORIDA PAROLE COMMISSION ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–9390. WOOD v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied. ▮

No. 10–9391. HAWKINS v. MICHIGAN DEPARTMENT OF CORRECTIONS. Ct. App. Mich. Certiorari denied.

No. 10–9392. MCKNIGHT v. TRAMMELL, WARDEN. Ct. Crim. App. Okla. Certiorari denied.

No. 10–9401. GLOVER v. BOOKER, WARDEN. C. A. 6th Cir. Certiorari denied.